OPINION OF THE COURT
 

 Memorandum.
 

 The order of the Appellate Division should be affirmed with costs.
 

 The Appellate Division properly determined that plaintiffs failed to raise a triable issue of fact whether the alleged injuries resulted from a dangerous recurring condition of which defendant Cushman & Wakefield had actual or constructive notice.
 

 Chief Judge Kaye and Judges G.B. Smith, Ciparick, Rosenblatt, Graffeo, Read and R.S. Smith concur.
 

 On review of submissions pursuant to section 500.4 of the Rules of the Court of Appeals (22 NYCRR 500.4), order affirmed, with costs, in a memorandum.